AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ Gregory T. Murphy |
| Date | Signature |
| | Print Name                Bar Number |
| | Address |
| | City        State        Zip Code |
| | Phone Number              Fax Number |

1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Richard Allen Kight

8     UNITED STATES DISTRICT COURT

9     SOUTHERN DISTRICT OF CALIFORNIA

10    **(HONORABLE LOUISA S. PORTER)**

11 UNITED STATES OF AMERICA,      )   Case No. 08MJ1929
                                   )
12          Plaintiff,              )
                                   )
13 v.                              )   **CERTIFICATE OF SERVICE**
                                   )
14 RICHARD ALLEN KIGHT,            )
                                   )
15          Defendant.              )
   _____ )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                  U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov; and

20                  Robert E. Schroth, Jr.
21          robschrothesq@sbcglobal.net,gershtheman@yahoo.com

22                                      Respectfully submitted,

24 DATED:    June 26, 2008                /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
25                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Richard Allen Kight